```
 1  RICHARD K. GROSBOLL, Bar No. 99729
    BENJAMIN K LUNCH, Bar No. 246015
 2  SONYA M. GORDON, Bar No. 232600
    NEYHART, ANDERSON, FLYNN & GROSBOLL
 3  44 Montgomery Street, Suite 2080
    San Francisco, CA  94104-6702
 4  TEL:  (415)677-9440
    FAX: (415) 677-9445
 5  Email: sgordon@neyh31ilaw.com
           dgrosboll@neyhartlaw.com
 6
    Attorneys for Plaintiffs
 7
```

(See attorney block above)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); u.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROEBER'S, INC., a California Corporation,<br><br>Defendant. | Case No.  09-CV-5177-PJH<br><br>ORDER  FOR ENTRY OF JUDGMENT<br><br>Judge:      Hon. Phyllis 1. Hamilton<br>Location:   1301 Clay Street<br>            Oakland, CA 94612<br>Courtroom:  Courtroom 3, 3rd Floor |

1  [~~PROPOSED~~] ORDER:

2     IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor

3  of Plaintiffs against Defendant Roeber's, Inc., a California Corporation in the sum of $354,226.18.

4  IT IS SO ORDERED.

5  Dated: 12/13/10



_____
U.S. District Court Judge

Case No.  C-09-5177-PJH
ORDER FOR ENTRY OF STIPULATED JUDGMENT