UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.A. LOCAL 342 JOINT LABOR
MANAGEMENT COMMITTEE, et al.,

    Plaintiffs,

    v.

ROEBER'S INC., et al.,

    Defendants.
_____/

No. C 09-5177 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiffs' motion to appear for judgment debtor examination. Any date for said judgment debtor examination previously noticed by the plaintiffs is VACATED.

    The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for setting judgment debtor examinations.

IT IS SO ORDERED.

Dated: April 26, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Lili, Assigned M/J, counsel of record