1
2
3
4
5                      UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7
8
9    U.A. LOCAL 342 JOINT LABOR
     MANAGEMENT COMMITTEE, et al.,
10
11          Plaintiffs,                      No. C 09-5177 PJH

12          v.                               **ORDER OF REFERENCE
                                             TO MAGISTRATE JUDGE**
13   ROEBER'S INC., et al.,

14          Defendants.
     _____/
15
           Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for

16   resolution of plaintiffs' motion to appear for judgment debtor examination.  Any date for said

17   judgment debtor examination previously noticed by the plaintiffs is VACATED.

18         The parties shall contact the courtroom clerk of the assigned Magistrate Judge about

19   that judge's procedures for setting judgment debtor examinations.

20
21   IT IS SO ORDERED.

22   Dated:  April 26, 2012

23                                           _____
24                                           PHYLLIS J. HAMILTON
                                             United States District Judge
25
26   cc: Lili, Assigned M/J, counsel of record

27
28